NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(**pro hac vice** application forthcoming)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(**pro hac vice** application forthcoming)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br><br><br>**NOTICE OF CONSENT FILING** |

NOTICE OF CONSENT FILING

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Arasomwan | Steve |
| Castillo | Genia |
| Delsa | Anthony |
| Doty | Sean |
| Ebert | Edita |
| Meader | Brian |
| Phonsakkhwa | Pramont |
| Shade | Michael |
| Sliskevics | Kathleen |
| VanHattem | Rebecca |

Dated: March 14, 2008

NICHOLS KASTER & ANDERSON, LLP

By:  s/Matthew C. Helland
     Matthew C. Helland

NICHOLS KASTER & ANDERSON, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☐ Assistant Mortgage Executive
- ☑ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Steve Arasomwan*

REDACTED

If above information is incorrect, please change

*Steven Arasomwan*    3/8/08
Signature                       Date

*Steven Arasomwan*
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

☒ Assistant Mortgage Executive
☒ Mortgage Executive
☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Genia Castillo*

REDACTED

If above information is incorrect, please change

*Genia Castillo*   3/10/08
Signature                Date

Genia Castillo
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☑ Assistant Mortgage Executive
- ☐ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Anthony Delsa*

REDACTED

If above information is incorrect, please change

_____  3/6/08
Signature                   Date

Anthony Delsa
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☒ Assistant Mortgage Executive
- ☒ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Sean Doty*

REDACTED

If above information is incorrect, please change

Signature: [signed]     Date: 3/10/08

Print Name: Sean Doty

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

|   |   |
|---|---|
| 1 |   |
| 2 | **CONSENT FORM AND DECLARATION** |
| 3 | I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation. |
| 4 |   |
| 5 |   |
| 6 | I worked for United Mortgage Group, et al, as a (please check all that apply):<br>☐ Assistant Mortgage Executive |
| 7 | ☒ Mortgage Executive<br>☐ Other (Specify Title: _____) |
| 8 | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. |
| 9 |   |
| 10 | *Edita Ebert* |
| 11 | REDACTED |
| 12 | If above information is incorrect, please change |
| 13 | _Edita M. Ebert_    3/9/08 |
| 14 | Signature                Date |
| 15 | _Edita M. Ebert_ |
| 16 | Print Name |
| 17 | REDACTED |
| 18 | **Fax or Mail To:** |
| 19 |   |
| 20 | **Paul Lukas**<br>**Nichols Kaster & Anderson, PLLP** |
| 21 | **4600 IDS Center, 80 S. 8th Street**<br>**Minneapolis, MN 55402** |
| 22 | **FAX (612) 215-6870** |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☒ Assistant Mortgage Executive
- ☐ Mortgage Executive
- ☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Brian Meader*

REDACTED

If above information is incorrect, please change

Signature     Date  03/06/2008

REDACTED

Emergency Contact

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

Mar 13 2008 4:50AM    REDACTED    p.1

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☑ Assistant Mortgage Executive
- ☐ Mortgage Executive
- ☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Pramont Phonsakkhwa*

REDACTED

If above information is incorrect, please change

_____    3/7/08
Signature           Date

PRAMONT PHONSAKKHWA
Print Name

REDACTED

Fax or Mail To:

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION



## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
☐ Assistant Mortgage Executive
☒ Mortgage Executive
☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Michael Shade*

REDACTED

If above information is incorrect, please change

_____   3/7/08
Signature                             Date

MICHAEL SHADE
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

1
2                    **CONSENT FORM AND DECLARATION**
3         I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert
  claims for violations of the wage and hour laws of the United States and/or the state where I
4 worked for United Mortgage, et al. During the past three years, there were occasions when I
5 worked over 40 hours per week for United Mortgage and did not receive overtime compensation.
         I worked for United Mortgage Group, et al, as a (please check all that apply):
6        ☐ Assistant Mortgage Executive
         ☒ Mortgage Executive
7        ☐ Other (Specify Title: _____)

8 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
  correct.
9
                                    *Kathleen Sliskevics*
10
                              ┌─────────────────────────────┐
11                            │         REDACTED            │
                              └─────────────────────────────┘
12                            If above information is incorrect, please change

13                            _Sliskevics_     3/7/08
14                            Signature         Date
                              Kathleen Sliskevics
15                            _____
                              Print Name
16
17                            ┌─────────────────────────────┐
                              │         REDACTED            │
18 **Fax or Mail To:**         │                             │
19                            │                             │
   **Paul Lukas**              │                             │
20 **Nichols Kaster & Anderson, PLLP**
   **4600 IDS Center, 80 S. 8th Street**
21 **Minneapolis, MN 55402**
   **FAX (612) 215-6870**
22
23
24
25
26
27
28

                              CONSENT AND DECLARATION

1
2                    **CONSENT FORM AND DECLARATION**

3        I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert
claims for violations of the wage and hour laws of the United States and/or the state where I
4    worked for United Mortgage, et al. During the past three years, there were occasions when I
worked over 40 hours per week for United Mortgage and did not receive overtime compensation.
5        I worked for United Mortgage Group, et al, as a (please check all that apply):
6    ☒ Assistant Mortgage Executive
☒ Mortgage Executive
7    ☐ Other (Specify Title: _____)

8    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
correct.
9
                          *Rebecca VanHattem*
10
                              **REDACTED**
11
12                    If above information is incorrect, please change

13   [signature: Rebecca van Hattem]   3/7/08

14   Signature         Date

15   [printed: Rebecca van Hattem]

16   Print Name

17                              **REDACTED**

18   **Fax or Mail To:**
19
**Paul Lukas**
20   **Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
21   **Minneapolis, MN 55402**
**FAX (612) 215-6870**
22
23
24
25
26
27
28

                                  CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I hereby certify that on March 14, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: March 14, 2008        NICHOLS KASTER & ANDERSON, LLP

By:   s/Matthew C. Helland
      Matthew C. Helland

NICHOLS KASTER & ANDERSON, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class

-3-

**NOTICE OF CONSENT FILING**