NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(**pro hac vice** application forthcoming)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(**pro hac vice** application forthcoming)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

Attorneys for Individual and Representative Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br> v. <br><br> United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive, <br><br> Defendants. | 08-CV-1065 PJH <br><br><br> **NOTICE OF CONSENT FILING** |

-2-

1
2       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
3   attached Consent Form(s) for the following person(s):
4   Gabriel      Norman
    Lopez        Roberto
5   Monroe       Stacy
    Quesada      Stefanie
6
7   Dated: March 18, 2008                    NICHOLS KASTER & ANDERSON, LLP
8
                                             By:    s/Matthew C. Helland
9                                                   Matthew C. Helland

10                                           NICHOLS KASTER & ANDERSON, PLLP
                                             LEE & BRAZIEL, LLP
11                                           BRUCKNER BURCH PLLC
                                             Attorneys for Plaintiff and the Putative Class
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

☒ Assistant Mortgage Executive
☐ Mortgage Executive
☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Norman Gabriel*

REDACTED

If above information is incorrect, please change

_____
Signature                    Date

NORMAN GABRIEL
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

MAR-16-2008 03:06

REDACTED

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- [x] Assistant Mortgage Executive
- [x] Mortgage Executive
- [ ] Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Roberto Lopez*

REDACTED

If above information is incorrect, please change

Signature    Date 3/12/08

Print Name: Roberto Lopez

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☒ Assistant Mortgage Executive
- ☐ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Stacy Monroe*

REDACTED

If above information is incorrect, please change

_[signature]_  3/10/08
Signature                     Date

Stacy Monroe
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

- [x] Assistant Mortgage Executive
- [x] Mortgage Executive
- [ ] Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Stefanie Quesada*

REDACTED

If above information is incorrect, please change

_____  3/12/08
Signature                Date

_____
Print Name  (Stefanie Quesada)

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 18, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: March 18, 2008         NICHOLS KASTER & ANDERSON, LLP


                                By:   s/Matthew C. Helland
                                       Matthew C. Helland

                              NICHOLS KASTER & ANDERSON, PLLP
                              LEE & BRAZIEL, LLP
                              BRUCKNER BURCH PLLC
                              Attorneys for Plaintiff and the Putative Class

**NOTICE OF CONSENT FILING**