NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(**pro hac vice** application forthcoming)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(**pro hac vice** application forthcoming)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br><br><br>**NOTICE OF CONSENT FILING** |

1
2      PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
3  attached Consent Form(s) for the following person(s):
4  Augusts       Debra
5  Dated: March 20, 2008                    NICHOLS KASTER & ANDERSON, LLP
6
7                                           By:   s/Matthew C. Helland
                                                  Matthew C. Helland
8
9                                           NICHOLS KASTER & ANDERSON, PLLP
                                            LEE & BRAZIEL, LLP
10                                          BRUCKNER BURCH PLLC
                                            Attorneys for Plaintiff and the Putative Class
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☒ Assistant Mortgage Executive
- ☐ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Debra Augusts*
*125 Near Ct. #629*
*Walnut Creek, CA 94596*

If above information is incorrect, please change

_____  3/16/08
Signature                 Date

Debra Augusts
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 20, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: March 20, 2008                NICHOLS KASTER & ANDERSON, LLP


                                     By:   s/Matthew C. Helland
                                           Matthew C. Helland

                                     NICHOLS KASTER & ANDERSON, PLLP
                                     LEE & BRAZIEL, LLP
                                     BRUCKNER BURCH PLLC
                                     Attorneys for Plaintiff and the Putative Class

-3-

**NOTICE OF CONSENT FILING**