

1  Paul J. Lukas, MN Bar No. 22084X
2  NICHOLS KASTER & ANDERSON, PLLP
   4600 IDS Center, 80 South 8th Street
3  Minneapolis, Minnesota 55402
4  Telephone (612) 256-3200

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem et al.<br><br>          Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,<br><br>          Defendants. | Case No: 3:08-cv-01065-PJH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Paul J. Lukas, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

1

counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

>Matthew C. Helland
>
>Nichols Kaster & Anderson, LLP
>
>One Embarcadero Center, Suite 720
>
>San Francisco, CA 94111
>
>Telephone: (415) 277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-4-08

Paul J. Lukas

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017264
Cashier ID: nudot
Transaction Date: 03/21/2008
Payer Name: Nichols Kaster and Anderson,

-------------------------------------
PRO HAC VICE
 For: Donald H. Nichols
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
PRO HAC VICE
 For: Paul J. Lukas
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:      $210.00
-------------------------------------
CHECK
 Check/Money Order Num: 63144
 Amt Tendered:  $420.00
-------------------------------------
Total Due:     $420.00
Total Tendered: $420.00
Change Amt:     $0.00

C-08-1065-PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED

MAR 21 PM 2:31

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No: 3:08-cv-01065-PJH<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Paul J. Lukas, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____       _____
　　　　　　　　　　　　　　　　　United States Judge Phyllis J. Hamilton