Richard Burch, TX Bar No. 24001807
Bruckner Burch
1415 Louisiana St, Suite 2125
Houston, TX 77002
Telephone (713) 877-8788



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,<br><br>    Defendants. | Case No: 3:08-cv-01065-PJH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

    Pursuant to Civil L.R. 11-3, Richard Burch, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

    In support of this application I certify on oath that:

1.     I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

>Matthew C. Helland
>
>Nichols Kaster & Anderson, LLP
>
>One Embarcadero Center, Suite 720
>
>San Francisco, CA 94111
>
>Telephone: (415) 277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/27/2008

Richard Burch

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017262
Cashier ID: nudot
Transaction Date: 03/21/2008
Payer Name: Nichols Kaster and Anderson,
------------------------------------
PRO HAC VICE
 For: Richard Burch
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 63234
 Amt Tendered:  $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C-08-1065-PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rebecca VanHattem et al.

              Plaintiffs,

v.

United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,

              Defendants.

Case No: 3:08-cv-01065-PJH

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Richard Burch, an active member in good standing of the bar of Texas, whose business address and telephone number is Bruckner Burch 1415 Louisiana St, Suite 2125 Houston, TX 77002, (713) 877-8788, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                              United States Judge Phyllis J. Hamilton