```
 1  NICHOLS KASTER & ANDERSON LLP
    Matthew C. Helland, CA State Bar No. 250451
 2  Helland@nka.com
    One Embarcadero Center, Suite 720
 3  San Francisco, CA  94111
    Telephone: (415) 277-7235
 4  Facsimile: (415) 277-7238

 5
    NICHOLS KASTER & ANDERSON, PLLP
 6  Donald H. Nichols, MN State Bar No. 78918
    Nichols@nka.com
 7  (pro hac vice application forthcoming)
    Paul J. Lukas, MN State Bar No. 22084X
 8  Lukas@nka.com
    (pro hac vice application forthcoming)
 9  4600 IDS Center, 80 S. 8th Street
10  Minneapolis, MN 55402

11
    LEE & BRAZIEL, LLP
12  J. Derek Braziel, Texas Bar No. 00793380
    jdbraziel@l-b-law.com
13  (pro hac vice application forthcoming)
    1801 N. Lamar St., Suite 325
14  Dallas, Texas 75202

15
    BRUCKNER BURCH PLLC
16  Richard J. ("Rex") Burch, Texas Bar No. 24001807
    rburch@brucknerburch.com
17  (pro hac vice application forthcoming)
    1415 Louisiana St., Suite 2125
18  Houston, Texas 77002

19
    Attorneys for Individual and Representative Plaintiffs
20
```

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br>**NOTICE OF CONSENT FILING** |

**NOTICE OF CONSENT FILING**

1
2       PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
3   attached Consent Form(s) for the following person(s):
4
  Villegas      Brandi
5
  Dated: March 24, 2008               NICHOLS KASTER & ANDERSON, LLP
6
7                                         By:    s/Matthew C. Helland
8                                                  Matthew C. Helland
9
                                  NICHOLS KASTER & ANDERSON, PLLP
                                  LEE & BRAZIEL, LLP
10                                    BRUCKNER BURCH PLLC
                                 Attorneys for Plaintiff and the Putative Class
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☑ Assistant Mortgage Executive
- ☑ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Brandi Villegas*
*801 N. Harris*
*Hanford, CA  93230*

If above information is incorrect, please change

Signature: [signed]    Date: 3/16/08

Print Name: Brandi Villegas

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Infinite Shakim Allah, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Perminder Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 20, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: March 20, 2008                    NICHOLS KASTER & ANDERSON, LLP

                                         By:    s/Matthew C. Helland
                                                Matthew C. Helland

                                         NICHOLS KASTER & ANDERSON, PLLP
                                         LEE & BRAZIEL, LLP
                                         BRUCKNER BURCH PLLC
                                         Attorneys for Plaintiff and the Putative Class

-3-

**NOTICE OF CONSENT FILING**