NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(**pro hac vice** application forthcoming)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(**pro hac vice** application forthcoming)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

Attorneys for Individual and Representative Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | 08-CV-1065 PJH<br><br><br><br>**NOTICE OF CONSENT FILING** |

**NOTICE OF CONSENT FILING**

| | |
|---|---|
| | Defendants. |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

| | |
|---|---|
| Guidry | Ryan |
| Kennedy | Shannon |
| Manalo | Paulo |
| Palencia | Rhys |

Dated: March 25, 2008                    NICHOLS KASTER & ANDERSON, LLP

By:     s/Matthew C. Helland
        Matthew C. Helland

NICHOLS KASTER & ANDERSON, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class

**NOTICE OF CONSENT FILING**

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

- ☑ Assistant Mortgage Executive
- ☑ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  3/24/08
Signature                Date

Ryan Guidry
Print Name

REDACTED

Fax or Mail To:

**Paul Lukas**
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

- ☒ Assistant Mortgage Executive
- ☒ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Shannon Kennedy*

REDACTED

If above information is incorrect, please change

_____  03/21/08
Signature                Date

REDACTED

Fax or Mail To:

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

- ☒ Assistant Mortgage Executive
- ☒ Mortgage Executive
- ☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Signature_ 3/24/8
_Date_

Paulo C. Manalo
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

☒ Assistant Mortgage Executive
☒ Mortgage Executive
☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   3/24/08
Signature                   Date

RHYS PALENCIA
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION



IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | 08-CV-1065 PJH<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 25, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: March 25, 2008              NICHOLS KASTER & ANDERSON, LLP


                                   By:   s/Matthew C. Helland
                                         Matthew C. Helland

                                   NICHOLS KASTER & ANDERSON, PLLP
                                   LEE & BRAZIEL, LLP
                                   BRUCKNER BURCH PLLC
                                   Attorneys for Plaintiff and the Putative Class

-3-

**NOTICE OF CONSENT FILING**