RECEIVED
08 MAR 21 PM 2:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Rebecca VanHattem et al.

    Plaintiffs,

v.

United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,

    Defendants.

Case No: 3:08-cv-01065-PJH

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    Paul J. Lukas, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Nichols Kaster & Anderson, PLLP, 4600 IDS Center, 80 South 8th Street, Minneapolis, Minnesota 55402, (612) 256-3200, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/26/08



United States Judge Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton