UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Rebecca VanHattem et al.

           Plaintiffs,

v.

United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,

           Defendants.

Case No: 3:08-cv-01065-PJH

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Richard Burch, an active member in good standing of the bar of Texas, whose business address and telephone number is Bruckner Burch 1415 Louisiana St, Suite 2125 Houston, TX 77002, (713) 877-8788, having applied in the above-entitled action for permission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/26/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton