| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON LLP |
| | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | Helland@nka.com |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(**pro hac vice** application forthcoming)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(**pro hac vice** application forthcoming)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(**pro hac vice** application forthcoming)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(**pro hac vice** application forthcoming)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

Attorneys for Individual and Representative Plaintiffs

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>        Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | 08-CV-1065 PJH<br><br>**NOTICE OF CONSENT FILING** |

**NOTICE OF CONSENT FILING**

Defendants.

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Ty    Jerome

Dated: March 27, 2008                    NICHOLS KASTER & ANDERSON, LLP

                                          By:    s/Matthew C. Helland
                                                 Matthew C. Helland

                                          NICHOLS KASTER & ANDERSON, PLLP
                                          LEE & BRAZIEL, LLP
                                          BRUCKNER BURCH PLLC
                                          Attorneys for Plaintiff and the Putative Class

**NOTICE OF CONSENT FILING**

1
2 **CONSENT FORM AND DECLARATION**

3     I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

    I worked for United Mortgage Group, et al, as a (please check all that apply):
    ☒ Assistant Mortgage Executive
    ☐ Mortgage Executive
    ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Jerome Ty*

REDACTED

If above information is incorrect, please change

[signature]     3/17/08
Signature          Date

JEROME TY
Print Name

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>          Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>          Defendants. | 08-CV-1065 PJH<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on March 27, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: March 27, 2008                    NICHOLS KASTER & ANDERSON, LLP


                                      By:    <u>s/Matthew C. Helland</u>
                                                  Matthew C. Helland

NICHOLS KASTER & ANDERSON, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class

-3-

**NOTICE OF CONSENT FILING**