Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br><br><br>**NOTICE OF CONSENT FILING** |

1  NICHOLS KASTER & ANDERSON LLP
   Matthew C. Helland, CA State Bar No. 250451
2  helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA  94111
   Telephone: (415) 277-7235
4  Facsimile: (415) 277-7238

5
   NICHOLS KASTER & ANDERSON, PLLP
6  Donald H. Nichols, MN State Bar No. 78918
   nichols@nka.com
7  (admitted *pro hac vice*)
   Paul J. Lukas, MN State Bar No. 22084X
8  lukas@nka.com
9  (admitted *pro hac vice*)
   4600 IDS Center, 80 S. 8th Street
10 Minneapolis, MN 55402

11
   LEE & BRAZIEL, LLP
12 J. Derek Braziel, Texas Bar No. 00793380
   jdbraziel@l-b-law.com
13 (admitted *pro hac vice*)
   1801 N. Lamar St., Suite 325
14 Dallas, Texas 75202

15
   BRUCKNER BURCH PLLC
16 Richard J. ("Rex") Burch, Texas Bar No. 24001807
   rburch@brucknerburch.com
17 (admitted *pro hac vice*)
   1415 Louisiana St., Suite 2125
18 Houston, Texas 77002

19 Attorneys for Individual and Representative Plaintiffs

20

21

22

23

24

25

26

27

28

-2-

**NOTICE OF CONSENT FILING**

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Tucker,       Antone

Dated: April 2, 2008                    NICHOLS KASTER & ANDERSON, LLP

                                        By:    s/Matthew C. Helland
                                               Matthew C. Helland

                                        NICHOLS KASTER & ANDERSON, PLLP
                                        LEE & BRAZIEL, LLP
                                        BRUCKNER BURCH PLLC
                                        Attorneys for Plaintiff and the Putative Class
                                        MCH/MH

-3-

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☒ Assistant Mortgage Executive
- ☒ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Antone Tucker*

REDACTED

If above information is incorrect, please change

Signature: (signed)   Date: 4-1-08

ANTONE TUCKER

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>        Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>        Defendants. | **08-CV-1065 PJH**<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I hereby certify that on April 2, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: April 2, 2008        NICHOLS KASTER & ANDERSON, LLP

                                      By:   s/Matthew C. Helland
                                              Matthew C. Helland

                                      NICHOLS KASTER & ANDERSON, PLLP
                                      LEE & BRAZIEL, LLP
                                      BRUCKNER BURCH PLLC
                                      Attorneys for Plaintiff and the Putative Class