LORI A. BOWMAN, State Bar No. 114664
lori.bowman@ogletreedeakins.com
MARGARET H. GILLESPIE, State Bar No. 150072
margaret.gillespie@ogletreedeakins.com
CHRISTOPHER W. DECKER, State Bar No. 229426
christopher.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendants
UNITED MORTGAGE GROUP, INC.,
PARMINDER JOHAL, AND PETER JOHAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA VANHATTEM AND GENIA CASTILLO, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED MORTGAGE GROUP, INC., PARMINDER JOHAL, PETER JOHAL a/k/a PETR JOHAL and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. CV 08 1065 PJH<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

///

///

///

///

///

///

TO ALL PARTIES AND THE HONORABLE COURT:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  April 7, 2008                                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____/s/ Margaret Gillespie_____
       Margaret H. Gillespie
Attorneys for Defendants
UNITED MORTGAGE GROUP, INC., PARMINDER JOHAL, and PETER JOHAL

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 633 West Fifth Street, 53rd Floor, Los Angeles, California 90071.

On April 7, 2008, I served the following document(s) described as:

DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the persons below as follows:

| Matthew C. Helland, Esq.<br>Nichols, Kaster & Anderson LLP<br>One Embarcadero Center, Suite 720<br>San Francisco, CA  94111 | J. Derek Braziel, Esq.<br>Lee & Braziel, LLP<br>1801 North Lamar Street, Suite 325<br>Dallas, Texas  75202 |
|---|---|
| Donald H. Nichols, Esq.<br>Paul J. Lukas, Esq.<br>Nichols, Kaster & Anderson, PLLP<br>4600 IDS Center, 80 S. 8th Street<br>Minneapolis, MN  55402 | Richard J. Burch, Esq.<br>Bruckner Burch PLLC<br>1415 Louisiana Street, Suite 2125<br>Houston, TX  77002 |

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 7, 2008, at Los Angeles, California.

_____Leighann N. Holtz_____                    _____
Type Name                                            Signature

---

1                                                     CASE NO. CV 08 1065 PJH
CERTIFICATE OF SERVICE

6200790_2