Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

**NOTICE OF CONSENT FILING**

1  NICHOLS KASTER & ANDERSON LLP
   Matthew C. Helland, CA State Bar No. 250451
2  helland@nka.com
   One Embarcadero Center, Suite 720
3  San Francisco, CA  94111
   Telephone: (415) 277-7235
4  Facsimile: (415) 277-7238

5
   NICHOLS KASTER & ANDERSON, PLLP
6  Donald H. Nichols, MN State Bar No. 78918
   nichols@nka.com
7  (admitted *pro hac vice*)
   Paul J. Lukas, MN State Bar No. 22084X
8  lukas@nka.com
   (admitted *pro hac vice*)
9  4600 IDS Center, 80 S. 8th Street
10 Minneapolis, MN 55402

11
   LEE & BRAZIEL, LLP
12 J. Derek Braziel, Texas Bar No. 00793380
   jdbraziel@l-b-law.com
13 (admitted *pro hac vice*)
   1801 N. Lamar St., Suite 325
14 Dallas, Texas 75202

15
   BRUCKNER BURCH PLLC
16 Richard J. ("Rex") Burch, Texas Bar No. 24001807
   rburch@brucknerburch.com
17 (admitted *pro hac vice*)
   1415 Louisiana St., Suite 2125
18 Houston, Texas 77002

19 Attorneys for Individual and Representative Plaintiffs

20

21

22

23

24

25

26

27

28

-2-

**NOTICE OF CONSENT FILING**

1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2 | attached Consent Form(s) for the following person(s):

3 | Walls,      Mechelle

4

5 | Dated: April 7, 2008          NICHOLS KASTER & ANDERSON, LLP

6

7 | By:   s/Matthew C. Helland
       Matthew C. Helland

8 | NICHOLS KASTER & ANDERSON, PLLP
9 | LEE & BRAZIEL, LLP
   BRUCKNER BURCH PLLC
10 | Attorneys for Plaintiff and the Putative Class
   MCH/MH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☑ Assistant Mortgage Executive
- ☑ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Mechelle Walls*   REDACTED

REDACTED

If above information is incorrect, please change

*[signature]*
Signature                          Date

Mechelle WALLS
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

REDACTED

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 7, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: April 7, 2008                NICHOLS KASTER & ANDERSON, LLP


                        By:    s/Matthew C. Helland
                               Matthew C. Helland

                        NICHOLS KASTER & ANDERSON, PLLP
                        LEE & BRAZIEL, LLP
                        BRUCKNER BURCH PLLC
                        Attorneys for Plaintiff and the Putative Class

-4-

**NOTICE OF CONSENT FILING**