Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

**NOTICE OF CONSENT FILING**

| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON LLP |
| | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | helland@nka.com |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA  94111 |
| | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |
| 5 | |
| | NICHOLS KASTER & ANDERSON, PLLP |
| 6 | Donald H. Nichols, MN State Bar No. 78918 |
| | nichols@nka.com |
| 7 | (admitted *pro hac vice*) |
| | Paul J. Lukas, MN State Bar No. 22084X |
| 8 | lukas@nka.com |
| | (admitted *pro hac vice*) |
| 9 | 4600 IDS Center, 80 S. 8th Street |
| 10 | Minneapolis, MN 55402 |
| 11 | |
| | LEE & BRAZIEL, LLP |
| 12 | J. Derek Braziel, Texas Bar No. 00793380 |
| | jdbraziel@l-b-law.com |
| 13 | (admitted *pro hac vice*) |
| | 1801 N. Lamar St., Suite 325 |
| 14 | Dallas, Texas 75202 |
| 15 | |
| | BRUCKNER BURCH PLLC |
| 16 | Richard J. ("Rex") Burch, Texas Bar No. 24001807 |
| | rburch@brucknerburch.com |
| 17 | (admitted *pro hac vice*) |
| | 1415 Louisiana St., Suite 2125 |
| 18 | Houston, Texas 77002 |
| 19 | Attorneys for Individual and Representative Plaintiffs |

-2-

**NOTICE OF CONSENT FILING**

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2  attached Consent Form(s) for the following person(s):

3  York, Ryan

4

5  Dated: April 15, 2008            NICHOLS KASTER & ANDERSON, LLP

6

7                                   By:   s/Matthew C. Helland
                                          Matthew C. Helland

8
                                   NICHOLS KASTER & ANDERSON, PLLP
9                                  LEE & BRAZIEL, LLP
                                   BRUCKNER BURCH PLLC
10                                 Attorneys for Plaintiff and the Putative Class
                                   MCH/MH
11

-3-

**NOTICE OF CONSENT FILING**

REDACTED

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

- ☒ Assistant Mortgage Executive
- ☐ Mortgage Executive
- ☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Ryan York*

REDACTED

If above information is incorrect, please change

_____  _____
Signature                              Date

RYAN J. YORK

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

---

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 15, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: April 15, 2008           NICHOLS KASTER & ANDERSON, LLP

                                By:   s/Matthew C. Helland
                                      Matthew C. Helland

                                NICHOLS KASTER & ANDERSON, PLLP
                                LEE & BRAZIEL, LLP
                                BRUCKNER BURCH PLLC
                                Attorneys for Plaintiff and the Putative Class

-4-

**NOTICE OF CONSENT FILING**