1    Attorneys Listed on Following Page

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**

9

10   Rebecca VanHattem and Genia Castillo,      **08-CV-1065 PJH**
     individually, on behalf of others similarly
     situated, and on behalf of the general
11   public,

12                    Plaintiffs,              **NOTICE OF CONSENT FILING**

13   v.

14   United Mortgage Group, Inc., Parminder
     Johal, Peter Johal a/k/a Petr Johal, and
15   DOES 1-10 inclusive,

16                    Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    NICHOLS KASTER & ANDERSON LLP
     Matthew C. Helland, CA State Bar No. 250451
2    helland@nka.com
     One Embarcadero Center, Suite 720
3    San Francisco, CA  94111
     Telephone: (415) 277-7235
4    Facsimile: (415) 277-7238

5    NICHOLS KASTER & ANDERSON, PLLP
6    Donald H. Nichols, MN State Bar No. 78918
     nichols@nka.com
7    (admitted *pro hac vice*)
     Paul J. Lukas, MN State Bar No. 22084X
8    lukas@nka.com
9    (admitted *pro hac vice*)
     4600 IDS Center, 80 S. 8th Street
10   Minneapolis, MN 55402

11   LEE & BRAZIEL, LLP
12   J. Derek Braziel, Texas Bar No. 00793380
     jdbraziel@l-b-law.com
13   (admitted *pro hac vice*)
     1801 N. Lamar St., Suite 325
14   Dallas, Texas 75202

15   BRUCKNER BURCH PLLC
16   Richard J. ("Rex") Burch, Texas Bar No. 24001807
     rburch@brucknerburch.com
17   (admitted *pro hac vice*)
     1415 Louisiana St., Suite 2125
18   Houston, Texas 77002

19   Attorneys for Individual and Representative Plaintiffs

20

21

22

23

24

25

26

27

28

-2-

**NOTICE OF CONSENT FILING**

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2   attached Consent Form(s) for the following person(s):

3

4   Wollack,        Tara

5

6   Dated: April 17, 2008                    NICHOLS KASTER & ANDERSON, LLP

7

8                                    By:    s/Matthew C. Helland
                                            Matthew C. Helland
9
                                     NICHOLS KASTER & ANDERSON, PLLP
10                                   LEE & BRAZIEL, LLP
                                     BRUCKNER BURCH PLLC
11                                   Attorneys for Plaintiff and the Putative Class
                                     MCH/MH
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

☑ Assistant Mortgage Executive
☐ Mortgage Executive
☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Tara Wollak*

REDACTED

_____ 4/16/08
Signature                    Date

TARA WOLLAK
Print Name

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

      I hereby certify that on April 17, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: April 17, 2008            NICHOLS KASTER & ANDERSON, LLP


                    By:    s/Matthew C. Helland
                           Matthew C. Helland

                  NICHOLS KASTER & ANDERSON, PLLP
                  LEE & BRAZIEL, LLP
                  BRUCKNER BURCH PLLC
                  Attorneys for Plaintiff and the Putative Class

**NOTICE OF CONSENT FILING**