1      Attorneys Listed on Following Page

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**

9

Rebecca VanHattem and Genia Castillo,          **08-CV-1065 PJH**

10     individually, on behalf of others similarly
       situated, and on behalf of the general

11     public,

12                                                **NOTICE OF CONSENT FILING**

                    Plaintiffs,

13     v.

14     United Mortgage Group, Inc., Parminder
       Johal, Peter Johal a/k/a Petr Johal, and

15     DOES 1-10 inclusive,

16                    Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONSENT FILING**

1

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

2

3

4

5

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted *pro hac vice*)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

6

7

8

9

10

11

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted *pro hac vice*)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

12

13

14

15

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted *pro hac vice*)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

16

17

18

19 Attorneys for Individual and Representative Plaintiffs

20

21

22

23

24

25

26

27

28

-2-

**NOTICE OF CONSENT FILING**

1    PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2  attached Consent Form(s) for the following person(s):

3

4        Dasin,        Sirajo

5

6  Dated: April 23, 2008              NICHOLS KASTER & ANDERSON, LLP

7                                       By:    s/Matthew C. Helland
                                              Matthew C. Helland
8

9                                      NICHOLS KASTER & ANDERSON, PLLP
                                       LEE & BRAZIEL, LLP
10                                      BRUCKNER BURCH PLLC
                                       Attorneys for Plaintiff and the Putative Class
11                                      MCH/MH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONSENT FILING**

1

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):

☑ Assistant Mortgage Executive
☑ Mortgage Executive
☐ Other (Specify Title: _____ )

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Sirajo Dasin*

REDACTED

If above information is incorrect, please change

_____
Signature                                    Date

Sivajo Dasin
_____
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8ᵗʰ Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

1    IN THE UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    Rebecca VanHattem and Genia Castillo,
     individually, on behalf of others similarly
4    situated, and on behalf of the general          **08-CV-1065 PJH**
     public,

5

6                   Plaintiffs,                       **CERTIFICATE OF SERVICE**

     v.
7

8    United Mortgage Group, Inc., Parminder
     Johal, Peter Johal a/k/a Petr Johal, and
9    DOES 1-10 inclusive,

10                  Defendants.

11
            I hereby certify that on April 23, 2008, I caused the following document:
12
                          **Notice of Consent Filing**
13

14   to be filed with the Clerk of Court.

15

16   Dated: April 23, 2008              NICHOLS KASTER & ANDERSON, LLP

17
                                        By:    s/Matthew C. Helland
18                                             Matthew C. Helland

19                                      NICHOLS KASTER & ANDERSON, PLLP
                                        LEE & BRAZIEL, LLP
20                                      BRUCKNER BURCH PLLC
21                                      Attorneys for Plaintiff and the Putative Class

22

23

24

25

26

27

28

-4-

**NOTICE OF CONSENT FILING**