1   Attorneys Listed on Following Page

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9

10  Rebecca VanHattem and Genia Castillo,        **08-CV-1065 PJH**
    individually, on behalf of others similarly
    situated, and on behalf of the general
11  public,

12              Plaintiffs,                       **NOTICE OF CONSENT FILING**

13  v.

14  United Mortgage Group, Inc., Parminder
    Johal, Peter Johal a/k/a Petr Johal, and
15  DOES 1-10 inclusive,

16                          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted *pro hac vice*)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted *pro hac vice*)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted *pro hac vice*)
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065

Attorneys for Individual and Representative Plaintiffs

**NOTICE OF CONSENT FILING**

1        PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2    attached Consent Form(s) for the following person(s):

3        Batiste,        Antoine

4

5    Dated: April 25, 2008                NICHOLS KASTER & ANDERSON, LLP

6

7                                By:    s/Matthew C. Helland
                                        Matthew C. Helland
8

9                                NICHOLS KASTER & ANDERSON, PLLP
                                 LEE & BRAZIEL, LLP
10                               BRUCKNER BURCH PLLC
                                 Attorneys for Plaintiff and the Putative Class
11                               MCH/MH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONSENT FILING**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

I hereby certify that on April 25, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: April 25, 2008                    NICHOLS KASTER & ANDERSON, LLP


                                        By:    s/Matthew C. Helland
                                               Matthew C. Helland

                                        NICHOLS KASTER & ANDERSON, PLLP
                                        LEE & BRAZIEL, LLP
                                        BRUCKNER BURCH PLLC
                                        Attorneys for Plaintiff and the Putative Class

**NOTICE OF CONSENT FILING**