Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br><br>**NOTICE OF CONSENT FILING** |

| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON LLP |
|   | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | helland@nka.com |
|   | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |
| 5 | |
|   | NICHOLS KASTER & ANDERSON, PLLP |
| 6 | Donald H. Nichols, MN State Bar No. 78918 |
|   | nichols@nka.com |
| 7 | (admitted *pro hac vice*) |
|   | Paul J. Lukas, MN State Bar No. 22084X |
| 8 | lukas@nka.com |
|   | (admitted *pro hac vice*) |
| 9 | 4600 IDS Center, 80 S. 8th Street |
| 10 | Minneapolis, MN 55402 |
|   | Telephone: (612) 256-3200 |
| 11 | Facsimile: (612) 215-6870 |
| 12 | |
|   | LEE & BRAZIEL, LLP |
| 13 | J. Derek Braziel, Texas Bar No. 00793380 |
|   | jdbraziel@l-b-law.com |
| 14 | (admitted *pro hac vice*) |
|   | 1801 N. Lamar St., Suite 325 |
| 15 | Dallas, Texas 75202 |
| 16 | Telephone: (214) 749-1400 |
|   | Facsimile: (214) 749-1010 |
| 17 | |
|   | BRUCKNER BURCH PLLC |
| 18 | Richard J. ("Rex") Burch, Texas Bar No. 24001807 |
|   | rburch@brucknerburch.com |
| 19 | (admitted *pro hac vice*) |
| 20 | 1415 Louisiana St., Suite 2125 |
|   | Houston, Texas 77002 |
| 21 | Telephone: (713) 877-8788 |
|   | Facsimile: (713) 877-8065 |
| 22 | |
|   | Attorneys for Individual and Representative Plaintiffs |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF CONSENT FILING**

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Batiste, Antoine

Dated: April 25, 2008                    NICHOLS KASTER & ANDERSON, LLP

                                                                  By:   s/Matthew C. Helland
                                                                        Matthew C. Helland

NICHOLS KASTER & ANDERSON, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class
MCH/MH

-3-

**NOTICE OF CONSENT FILING**

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☑ Assistant Mortgage Executive (in transition to ME)
- ☑ Mortgage Executive
- ☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signature: [signed]   Date: 4/21/08

Print Name: Antoine Batiste

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

REDACTED

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on April 25, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: April 25, 2008            NICHOLS KASTER & ANDERSON, LLP

                                 By:    s/Matthew C. Helland
                                        Matthew C. Helland

                                 NICHOLS KASTER & ANDERSON, PLLP
                                 LEE & BRAZIEL, LLP
                                 BRUCKNER BURCH PLLC
                                 Attorneys for Plaintiff and the Putative Class

-4-

**NOTICE OF CONSENT FILING**