Counsel Listed on Following Pages

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,<br><br>　　　　　　　　　　Defendants. | **CASE NO: CV-08-01065 PJH**<br><br>**STIPULATION AND [proposed] ORDER TOLLING THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

**STIPULATION AND [proposed] ORDER**

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted **pro hac vice**)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted **pro hac vice**)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

ATTORNEYS FOR INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

LORI A. BOWMAN (State Bar No. 114664)
lori.bowman@ogletreedeakins.com
MARGARET H. GILLESPIE (State Bar No. 150072)
margaret.gillespie@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendants
UNITED MORTGAGE GROUP, INC.,
PARMINDER JOHAL AND PETER JOHAL

-2-

**STIPULATION AND [proposed] ORDER**

1  WHEREAS, Plaintiffs Rebecca VanHattem and Genia Castillo, individually
2  and on behalf of the putative classes (collectively, "Plaintiffs"), and Defendants
3  United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal
4  (collectively "Defendants") have agreed to engage in private mediation of this
5  matter;
6  WHEREAS, Plaintiffs have agreed to withhold their motion for conditional
7  class certification of their Fair Labor Standards Act ("FLSA") claims until after the
8  parties engage in mediation;
9  WHEREAS, Defendants have agreed to withhold their motion to dismiss the
10 FLSA claims and their motion to compel arbitration until after the parties engage in
11 mediation;
12 WHEREAS, the statute of limitations for putative class members' FLSA
13 claims continues to run until they file consent forms in this matter;
14 WHEREAS, the parties filed their ADR selection stipulation on May 15,
15 2008 agreeing that mediation will take place within 90 days of the Court's order
16 regarding the same;
17 WHEREAS, the deadline for the parties to file their/serve their Joint Rule
18 26(f) report, Case Management Statement, and initial disclosures is currently set for
19 May 29, 2008; and,
20 WHEREAS, the initial Case Management Conference is currently scheduled
21 for June 6, 2008;
22 IT IS HEREBY STIPULATED by and between the parties that the statute of
23 limitations for putative class members' FLSA claims will be tolled from May 15,
24 2008 until 7 days after the last scheduled day of mediation.
25 ///
26 ///
27 ///
28 ///

**STIPULATION AND [proposed] ORDER**

1   The parties further JOINTLY REQUEST that the Court continue the May 29, 2008 deadlines and the June 6, 2008 Case Management Conference for a period of 90 days to allow the parties to complete the mediation and potentially resolve the matter without further action.

Dated: May 15, 2008            NICHOLS KASTER & ANDERSON, LLP
                               By:   s/Matthew C. Helland
                                     Matthew C. Helland

                               NICHOLS KASTER & ANDERSON, PLLP
                               LEE & BRAZIEL, LLP
                               BRUCKNER BURCH PLLC

                               Attorneys for Plaintiffs and Putative Class


DATED: May 15, 2008            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                               By:  s/Margaret H. Gillespie
                                    Margaret H. Gillespie
                               Attorneys for Defendants
                               UNITED MORTGAGE GROUP, INC.,
                               PARMINDER JOHAL, and PETER JOHAL

**GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.**

The Case Management Conference is hereby continued to September ___, 2008, at ____. In the event the matter is not resolved at mediation, the parties' Joint Rule 26(f) report, Case Management Statement, and initial disclosures will be due eight (8) calendar days before the newly scheduled Case Management Conference.

Dated: _____            _____
                               Honorable Phyllis J. Hamilton
                               United States District Court Judge

-4-

**STIPULATION AND [proposed] ORDER**