1  Counsel Listed on Following Pages

2

3

4

5

6

7

8

9

10

11  **IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

12

13  Rebecca VanHattem and Genia
Castillo, individually, on behalf of

14  others similarly situated, and on
behalf of the general public,

15

16                                      Plaintiffs,

v.

17

18  United Mortgage Group, Inc.,
Parminder Johal, Peter Johal a/k/a/

19  Petr Johal, and DOES 1-10
inclusive,

20

21                                      Defendants.

22

23

24

25

26

27

28

**CASE NO: CV-08-01065 PJH**

**STIPULATION AND [proposed] ORDER TOLLING THE STATUTE OF LIMITATIONS FOR FLSA CLAIMS AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted **pro hac vice**)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted **pro hac vice**)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

ATTORNEYS FOR INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

LORI A. BOWMAN (State Bar No. 114664)
lori.bowman@ogletreedeakins.com
MARGARET H. GILLESPIE (State Bar No. 150072)
margaret.gillespie@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendants
UNITED MORTGAGE GROUP, INC.,
PARMINDER JOHAL AND PETER JOHAL

**STIPULATION AND [proposed] ORDER**

1    WHEREAS, Plaintiffs Rebecca VanHattem and Genia Castillo, individually
2    and on behalf of the putative classes (collectively, "Plaintiffs"), and Defendants
3    United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal
4    (collectively "Defendants") have agreed to engage in private mediation of this
5    matter;
6    WHEREAS, Plaintiffs have agreed to withhold their motion for conditional
7    class certification of their Fair Labor Standards Act ("FLSA") claims until after the
8    parties engage in mediation;
9    WHEREAS, Defendants have agreed to withhold their motion to dismiss the
10   FLSA claims and their motion to compel arbitration until after the parties engage in
11   mediation;
12   WHEREAS, the statute of limitations for putative class members' FLSA
13   claims continues to run until they file consent forms in this matter;
14   WHEREAS, the parties filed their ADR selection stipulation on May 15,
15   2008 agreeing that mediation will take place within 90 days of the Court's order
16   regarding the same;
17   WHEREAS, the deadline for the parties to file their/serve their Joint Rule
18   26(f) report, Case Management Statement, and initial disclosures is currently set for
19   May 29, 2008; and,
20   WHEREAS, the initial Case Management Conference is currently scheduled
21   for June 6, 2008;
22   IT IS HEREBY STIPULATED by and between the parties that the statute of
23   limitations for putative class members' FLSA claims will be tolled from May 15,
24   2008 until 7 days after the last scheduled day of mediation.
25   ///
26   ///
27   ///
28   ///

**STIPULATION AND [proposed] ORDER**

1    The parties further JOINTLY REQUEST that the Court continue the May 29,

2    2008 deadlines and the June 6, 2008 Case Management Conference for a period of

3    90 days to allow the parties to complete the mediation and potentially resolve the

4    matter without further action.

5

6    Dated: May 15, 2008              NICHOLS KASTER & ANDERSON, LLP

7                                     By:    s/Matthew C. Helland
                                            Matthew C. Helland
8
9                                    NICHOLS KASTER & ANDERSON, PLLP
                                     LEE & BRAZIEL, LLP
10                                   BRUCKNER BURCH PLLC

11                                   Attorneys for Plaintiffs and Putative Class

12

13

14   DATED:  May 15, 2008            OGLETREE, DEAKINS, NASH, SMOAK
                                     & STEWART, P.C.
15
16                                   By:  s/Margaret H. Gillespie
                                            Margaret H. Gillespie
17                                   Attorneys for Defendants
                                     UNITED MORTGAGE GROUP, INC.,
18                                   PARMINDER JOHAL, and PETER JOHAL

19

20       **GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.**

21       The Case Management Conference is hereby continued to September _18_,

22   2008, at _2:30_.   In the event the matter is not resolved at mediation, the parties'

23   Joint Rule 26(f) report, Case Management Statement, and initial disclosures will be

24   due eight (8) calendar days before the newly scheduled Case Management

25   Conference.

26

27   Dated: _5/16/08_____          _____

28                                   Honorable Phyllis J. Hamilton
                                     United States District Court Judge

-4-

**STIPULATION AND [proposed] ORDER**