Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>    Defendants. | **08-CV-1065 PJH**<br><br><br>**NOTICE OF CONSENT FILING** |

**NOTICE OF CONSENT FILING**

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted *pro hac vice*)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted *pro hac vice*)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted *pro hac vice*)
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065

Attorneys for Individual and Representative Plaintiffs

-2-

**NOTICE OF CONSENT FILING**

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Landers     LaShaye

Dated: June 3, 2008                    NICHOLS KASTER & ANDERSON, LLP

                                                    By:     s/Matthew C. Helland
                                                             Matthew C. Helland

NICHOLS KASTER & ANDERSON, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class
MCH/MH

**NOTICE OF CONSENT FILING**

REDACTED

1
2                    **CONSENT FORM AND DECLARATION**

3        I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert
    claims for violations of the wage and hour laws of the United States and/or the state where I
4   worked for United Mortgage, et al. During the past three years, there were occasions when I
5   worked over 40 hours per week for United Mortgage and did not receive overtime compensation.
        I worked for United Mortgage Group, et al, as a (please check all that apply):
6       ☐ Assistant Mortgage Executive
        ☒ Mortgage Executive
7       ☐ Other (Specify Title: _____)

8   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
    correct.
9
                                      *LaShaye Landers*
10
REDACTED

11
12                              If above information is incorrect, please change

13                              *LaShaye Landers*                    6/2/08
14                              Signature                            Date

15                              LaShaye Landers
16                              Print Name

17
REDACTED

18  **Fax or Mail To:**
19
    Paul Lukas
20  Nichols Kaster & Anderson, PLLP
    4600 IDS Center, 80 S. 8th Street
21  Minneapolis, MN 55402
    FAX (612) 215-6870
22
23
24
25
26
27
28
                                    CONSENT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> v. <br><br> United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, <br><br> Defendants. | 08-CV-1065 PJH <br><br> **CERTIFICATE OF SERVICE** |
|---|---|

I hereby certify that on June 3, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: June 3, 2008                    NICHOLS KASTER & ANDERSON, LLP

                                       By:   s/Matthew C. Helland
                                             Matthew C. Helland

                                       NICHOLS KASTER & ANDERSON, PLLP
                                       LEE & BRAZIEL, LLP
                                       BRUCKNER BURCH PLLC
                                       Attorneys for Plaintiff and the Putative Class