Attorneys Listed on Following Page

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **NOTICE OF CONSENT FILING** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | NICHOLS KASTER & ANDERSON LLP |
|   | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | helland@nka.com |
|   | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, CA  94111 |
|   | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted *pro hac vice*)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted *pro hac vice*)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted *pro hac vice*)
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065

Attorneys for Individual and Representative Plaintiffs

-2-

**NOTICE OF CONSENT FILING**

1  PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

2  attached Consent Form(s) for the following person(s):

3
    Markel        David

4

5  Dated: June 30, 2008                              NICHOLS KASTER & ANDERSON, LLP

6

7                                       By:    s/Matthew C. Helland
                                                Matthew C. Helland
8

9                                      NICHOLS KASTER & ANDERSON, PLLP
                                    LEE & BRAZIEL, LLP
10                                   BRUCKNER BURCH PLLC
                                  Attorneys for Plaintiff and the Putative Class
11                                   MCH/MH

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
☒ Assistant Mortgage Executive
☐ Mortgage Executive
☐ Other (Specify Title: _____)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*David Markel*

REDACTED

If above information is incorrect, please change

_____  6-25-08
Signature              Date

David W Marvel
Print Name

REDACTED

Fax or Mail To:

Paul Lukas
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
FAX (612) 215-6870

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 30, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.

Dated: June 30, 2008                NICHOLS KASTER & ANDERSON, LLP

                        By:    s/Matthew C. Helland
                            Matthew C. Helland

                        NICHOLS KASTER & ANDERSON, PLLP
                        LEE & BRAZIEL, LLP
                        BRUCKNER BURCH PLLC
                        Attorneys for Plaintiff and the Putative Class

-4-

**NOTICE OF CONSENT FILING**