1 | Attorneys Listed on Following Page

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>Defendants. | **08-CV-1065 PJH**<br><br><br><br>**NOTICE OF CONSENT FILING** |

**NOTICE OF CONSENT FILING**

NICHOLS KASTER & ANDERSON LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER & ANDERSON, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted *pro hac vice*)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted *pro hac vice*)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted *pro hac vice*)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted *pro hac vice*)
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065

Attorneys for Individual and Representative Plaintiffs

-2-

**NOTICE OF CONSENT FILING**

1 | PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the
2 | attached Consent Form(s) for the following person(s):
3 |     Hartman    Kenneth

5 | Dated: July 18, 2008          NICHOLS KASTER & ANDERSON, LLP

7 | By:   s/Matthew C. Helland
      Matthew C. Helland

8 | NICHOLS KASTER & ANDERSON, PLLP
9 | LEE & BRAZIEL, LLP
  BRUCKNER BURCH PLLC
10 | Attorneys for Plaintiff and the Putative Class
  MCH/MH

-3-

**NOTICE OF CONSENT FILING**

## CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against United Mortgage, et al, as a Plaintiff to assert claims for violations of the wage and hour laws of the United States and/or the state where I worked for United Mortgage, et al. During the past three years, there were occasions when I worked over 40 hours per week for United Mortgage and did not receive overtime compensation.

I worked for United Mortgage Group, et al, as a (please check all that apply):
- ☐ Assistant Mortgage Executive
- 1ST ☒ Mortgage Executive
- ☒ Other (Specify Title: Train other employees on loans, Then was double dip on commissions)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Kenneth Hartman*

REDACTED

If above information is incorrect, please change

_Signature_   7-11-08
Signature         Date

Kenneth Lowell Hartman
Print Name

REDACTED

**Fax or Mail To:**

**Paul Lukas**
**Nichols Kaster & Anderson, PLLP**
**4600 IDS Center, 80 S. 8th Street**
**Minneapolis, MN 55402**
**FAX (612) 215-6870**

CONSENT AND DECLARATION

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | **08-CV-1065 PJH**<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on July 18, 2008, I caused the following document:

**Notice of Consent Filing**

to be filed with the Clerk of Court.


Dated: July 18, 2008　　　　　　　　　　　NICHOLS KASTER & ANDERSON, LLP


　　　　　　　　　　　　　　　　　　　　　By:　  s/Matthew C. Helland  
　　　　　　　　　　　　　　　　　　　　　　　　Matthew C. Helland

　　　　　　　　　　　　　　　　　　　　　NICHOLS KASTER & ANDERSON, PLLP
　　　　　　　　　　　　　　　　　　　　　LEE & BRAZIEL, LLP
　　　　　　　　　　　　　　　　　　　　　BRUCKNER BURCH PLLC
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and the Putative Class