NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918
nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted **pro hac vice**)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202
Telephone: (214) 749-1400
Facsimile: (214) 749-1010

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted **pro hac vice**)
1415 Louisiana St., Suite 2125
Houston, Texas 77002
Telephone: (713) 877-8788
Facsimile: (713) 877-8065

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **NOTICE OF FIRM NAME CHANGE** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES ON RECORD

PLEASE BE ON NOTICE, that effective August 1, 2008, the law firm of Nichols, Kaster

& Anderson, PLLP and Nichols, Kaster & Anderson, LLP changed its name to Nichols Kaster,

PLLP and Nichols Kaster, LLP, respectively.  Our address, phone number, and fax number have

not changed.


Dated: August 5, 2008                          NICHOLS KASTER, LLP


                                      By:    s/Matthew C. Helland_____
                                             Matthew C. Helland

NICHOLS KASTER, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class

**NOTICE OF FIRM NAME CHANGE**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public, | **08-CV-1065 PJH** |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a Petr Johal, and DOES 1-10 inclusive, | |
| Defendants. | |

I hereby certify that on August 5, 2008, I caused the following document:

**Notice of Firm Name Change**

to be filed with the Clerk of Court.

Dated: August 5, 2008                                            NICHOLS KASTER, LLP

By:    s/Matthew C. Helland
        Matthew C. Helland

NICHOLS KASTER, PLLP
LEE & BRAZIEL, LLP
BRUCKNER BURCH PLLC
Attorneys for Plaintiff and the Putative Class

-3-

**NOTICE OF FIRM NAME CHANGE**