1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

11   Rebecca VanHattem and Genia Castillo,
individually, on behalf of others similarly

12   situated, and on behalf of the general
public,

13                              Plaintiffs,

14   v.

15   United Mortgage Group, Inc., Parminder
Johal, Peter Johal a/k/a/ Petr Johal, and

16   DOES 1-10 inclusive,

17                              Defendants.

18

19

**CASE NO: CV-08-01065 PJH**

**[proposed] ORDER APPROVING CLASS
COUNSEL'S REQUESTS FOR COSTS**

Complaint Filed:  February 22, 2008
Honorable Phyllis J. Hamilton

20   This matter comes before the Court on Class Counsel's unopposed motion for approval of

21   $15,000.00 in costs.  The Court has already approved Class Counsel's request for attorneys' fees,

22   per the terms of the settlement agreement.  Having reviewed Class Counsel's submissions, Class

23   Counsel's request for $15,000.00 in costs, per the terms of the Settlement Agreement, is hereby

24   **APPROVED.**

25   **IT IS SO ORDERED.**

26   Dated: ___1/29/09_____

27                                          _____
                                           Honorable Phyllis J. Hamilton

28                                           United States District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton