Counsel Listed on Following Pages

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca VanHattem and Genia Castillo, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>       Plaintiffs,<br><br>v.<br><br>United Mortgage Group, Inc., Parminder Johal, Peter Johal a/k/a/ Petr Johal, and DOES 1-10 inclusive,<br><br>       Defendants. | **CASE NO: CV-08-01065 PJH**<br><br>**STIPULATION AND [proposed] ORDER REPLACING EXHIBIT 3 TO THE FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** |

**STIPULATION AND [proposed] ORDER**

NICHOLS KASTER, LLP
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

NICHOLS KASTER, PLLP
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402

LEE & BRAZIEL, LLP
J. Derek Braziel, Texas Bar No. 00793380
jdbraziel@l-b-law.com
(admitted **pro hac vice**)
1801 N. Lamar St., Suite 325
Dallas, Texas 75202

BRUCKNER BURCH PLLC
Richard J. ("Rex") Burch, Texas Bar No. 24001807
rburch@brucknerburch.com
(admitted **pro hac vice**)
1415 Louisiana St., Suite 2125
Houston, Texas 77002

ATTORNEYS FOR INDIVIDUAL AND REPRESENTATIVE PLAINTIFFS

LORI A. BOWMAN (State Bar No. 114664)
lori.bowman@ogletreedeakins.com
MARGARET H. GILLESPIE (State Bar No. 150072)
margaret.gillespie@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:    (213) 239-9045

Attorneys for Defendants
UNITED MORTGAGE GROUP, INC.,
PARMINDER JOHAL AND PETER JOHAL

-2-

**STIPULATION AND [proposed] ORDER**

1  WHEREAS, the Court granted final approval of the Stipulation of Settlement
2  in this matter on January 29, 2009;

3  WHEREAS, in that order approving the settlement and entering final
4  judgment (Dkt. 85) the Court retained jurisdiction with respect to the
5  implementation and enforcement of the Stipulation of Settlement;

6  WHEREAS, in that order the Court approved the allocation submitted to the
7  Court as Exhibit 3;

8  WHEREAS, Defendant United Mortgage Group, Inc. has alerted Plaintiffs'
9  Counsel to irregularities in its data that resulted in approximately 10 class members
10 receiving credit for more days than they actually worked in positions included in
11 the lawsuit;

12 WHEREAS, the Court approved notices did <u>not</u> advise individual class
13 members of allocation amounts, meaning that class members were <u>not</u> advised of
14 the previous allocation through the notice process;

15 WHEREAS, the parties have reallocated the settlement funds to correct the
16 error in the data;

17 WHEREAS, this reallocation results in higher payments to every class
18 member except for those who previously received credit for too many days worked.

19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS HEREBY STIPULATED by and between the parties that the spreadsheet attached hereto as Replacement Exhibit 3 shall replace the allocation previously submitted to the Court as Exhibit 3 to the Parties' Joint Supplemental Memorandum Regarding Status Of Claim Form Return, and that Replacement Exhibit 3 shall replace the Exhibit 3 referred to in Docket 85.

DATED: March 26, 2009          NICHOLS KASTER, LLP
                               By:   s/ Matthew C. Helland
                                     Matthew C. Helland

                               NICHOLS KASTER, PLLP
                               LEE & BRAZIEL, LLP
                               BRUCKNER BURCH PLLC

                               Attorneys for Plaintiffs and Putative Class


DATED:  March 26, 2009         OGLETREE, DEAKINS, NASH, SMOAK
                               & STEWART, P.C.

                               By:____s/Margaret H. Gillespie__
                                     Margaret H. Gillespie
                               Attorneys for Defendants
                               UNITED MORTGAGE GROUP, INC.,
                               PARMINDER JOHAL, and PETER JOHAL

**GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.**

Replacement Exhibit 3, attached to this stipulation, shall replace the Exhibit 3 referenced in the Final Judgment and Order Granting Final Approval Of Settlement, Dkt. 85.

Dated: _3/23/09_____          _____
                               Honorable Phyllis J. Hamilton
                               United States District Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*

-4-

**STIPULATION AND [proposed] ORDER**

# REPLACEMENT EXHIBIT 3

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 74 | 1 | $33.81 |
| 92 | 1 | $33.81 |
| 100 | 1 | $33.81 |
| 114 | 1 | $33.81 |
| 119 | 1 | $33.81 |
| 135 | 1 | $33.81 |
| 142 | 1 | $33.81 |
| 158 | 1 | $33.81 |
| 167 | 1 | $33.81 |
| 171 | 1 | $33.81 |
| 197 | 1 | $33.81 |
| 223 | 1 | $33.81 |
| 255 | 1 | $33.81 |
| 304 | 1 | $33.81 |
| 332 | 1 | $33.81 |
| 339 | 1 | $33.81 |
| 344 | 1 | $33.81 |
| 430 | 1 | $33.81 |
| 439 | 1 | $33.81 |
| 460 | 1 | $33.81 |
| 472 | 1 | $33.81 |
| 511 | 1 | $33.81 |
| 529 | 1 | $33.81 |
| 533 | 1 | $33.81 |
| 534 | 1 | $33.81 |
| 536 | 1 | $33.81 |
| 561 | 1 | $33.81 |
| 563 | 1 | $33.81 |
| 564 | 1 | $33.81 |
| 596 | 1 | $33.81 |
| 603 | 1 | $33.81 |
| 610 | 1 | $33.81 |
| 643 | 1 | $33.81 |
| 650 | 1 | $33.81 |
| 670 | 1 | $33.81 |
| 678 | 1 | $33.81 |
| 682 | 1 | $33.81 |
| 688 | 1 | $33.81 |
| 727 | 1 | $33.81 |
| 729 | 1 | $33.81 |
| 735 | 1 | $33.81 |
| 757 | 1 | $33.81 |
| 783 | 1 | $33.81 |
| 822 | 1 | $33.81 |
| 862 | 1 | $33.81 |
| 99 | 2 | $67.61 |
| 103 | 2 | $67.61 |
| 125 | 2 | $67.61 |
| 144 | 2 | $67.61 |
| 204 | 2 | $67.61 |
| 213 | 2 | $67.61 |
| 219 | 2 | $67.61 |
| 224 | 2 | $67.61 |
| 262 | 2 | $67.61 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 273 | 2 | $67.61 |
| 342 | 2 | $67.61 |
| 359 | 2 | $67.61 |
| 368 | 2 | $67.61 |
| 372 | 2 | $67.61 |
| 434 | 2 | $67.61 |
| 447 | 2 | $67.61 |
| 456 | 2 | $67.61 |
| 457 | 2 | $67.61 |
| 504 | 2 | $67.61 |
| 518 | 2 | $67.61 |
| 522 | 2 | $67.61 |
| 593 | 2 | $67.61 |
| 642 | 2 | $67.61 |
| 691 | 2 | $67.61 |
| 709 | 2 | $67.61 |
| 714 | 2 | $67.61 |
| 736 | 2 | $67.61 |
| 775 | 2 | $67.61 |
| 786 | 2 | $67.61 |
| 816 | 2 | $67.61 |
| 823 | 2 | $67.61 |
| 44 | 3 | $101.42 |
| 113 | 3 | $101.42 |
| 146 | 3 | $101.42 |
| 152 | 3 | $101.42 |
| 196 | 3 | $101.42 |
| 206 | 3 | $101.42 |
| 268 | 3 | $101.42 |
| 313 | 3 | $101.42 |
| 336 | 3 | $101.42 |
| 345 | 3 | $101.42 |
| 351 | 3 | $101.42 |
| 393 | 3 | $101.42 |
| 406 | 3 | $101.42 |
| 448 | 3 | $101.42 |
| 449 | 3 | $101.42 |
| 468 | 3 | $101.42 |
| 469 | 3 | $101.42 |
| 528 | 3 | $101.42 |
| 625 | 3 | $101.42 |
| 652 | 3 | $101.42 |
| 658 | 3 | $101.42 |
| 681 | 3 | $101.42 |
| 698 | 3 | $101.42 |
| 747 | 3 | $101.42 |
| 764 | 3 | $101.42 |
| 802 | 3 | $101.42 |
| 843 | 3 | $101.42 |
| 70 | 4 | $135.22 |
| 87 | 4 | $135.22 |
| 154 | 4 | $135.22 |
| 188 | 4 | $135.22 |
| 222 | 4 | $135.22 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 248 | 4 | $135.22 |
| 288 | 4 | $135.22 |
| 290 | 4 | $135.22 |
| 308 | 4 | $135.22 |
| 314 | 4 | $135.22 |
| 386 | 4 | $135.22 |
| 392 | 4 | $135.22 |
| 404 | 4 | $135.22 |
| 506 | 4 | $135.22 |
| 516 | 4 | $135.22 |
| 645 | 4 | $135.22 |
| 749 | 4 | $135.22 |
| 810 | 4 | $135.22 |
| 834 | 4 | $135.22 |
| 847 | 4 | $135.22 |
| 909 | 4 | $135.22 |
| 8 | 5 | $169.03 |
| 64 | 5 | $169.03 |
| 108 | 5 | $169.03 |
| 122 | 5 | $169.03 |
| 263 | 5 | $169.03 |
| 270 | 5 | $169.03 |
| 291 | 5 | $169.03 |
| 341 | 5 | $169.03 |
| 374 | 5 | $169.03 |
| 387 | 5 | $169.03 |
| 436 | 5 | $169.03 |
| 446 | 5 | $169.03 |
| 459 | 5 | $169.03 |
| 478 | 5 | $169.03 |
| 483 | 5 | $169.03 |
| 484 | 5 | $169.03 |
| 493 | 5 | $169.03 |
| 555 | 5 | $169.03 |
| 699 | 5 | $169.03 |
| 767 | 5 | $169.03 |
| 773 | 5 | $169.03 |
| 780 | 5 | $169.03 |
| 791 | 5 | $169.03 |
| 840 | 5 | $169.03 |
| 853 | 5 | $169.03 |
| 1092 | 5 | $169.03 |
| 16 | 6 | $202.84 |
| 54 | 6 | $202.84 |
| 132 | 6 | $202.84 |
| 141 | 6 | $202.84 |
| 220 | 6 | $202.84 |
| 251 | 6 | $202.84 |
| 340 | 6 | $202.84 |
| 462 | 6 | $202.84 |
| 585 | 6 | $202.84 |
| 589 | 6 | $202.84 |
| 594 | 6 | $202.84 |
| 694 | 6 | $202.84 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 720 | 6 | $202.84 |
| 9 | 7 | $236.64 |
| 18 | 7 | $236.64 |
| 20 | 7 | $236.64 |
| 50 | 7 | $236.64 |
| 80 | 7 | $236.64 |
| 475 | 7 | $236.64 |
| 495 | 7 | $236.64 |
| 517 | 7 | $236.64 |
| 570 | 7 | $236.64 |
| 611 | 7 | $236.64 |
| 656 | 7 | $236.64 |
| 695 | 7 | $236.64 |
| 718 | 7 | $236.64 |
| 719 | 7 | $236.64 |
| 768 | 7 | $236.64 |
| 812 | 7 | $236.64 |
| 828 | 7 | $236.64 |
| 889 | 7 | $236.64 |
| 921 | 7 | $236.64 |
| 10 | 8 | $270.45 |
| 89 | 8 | $270.45 |
| 91 | 8 | $270.45 |
| 96 | 8 | $270.45 |
| 107 | 8 | $270.45 |
| 115 | 8 | $270.45 |
| 124 | 8 | $270.45 |
| 507 | 8 | $270.45 |
| 526 | 8 | $270.45 |
| 568 | 8 | $270.45 |
| 635 | 8 | $270.45 |
| 684 | 8 | $270.45 |
| 710 | 8 | $270.45 |
| 784 | 8 | $270.45 |
| 860 | 8 | $270.45 |
| 26 | 9 | $304.25 |
| 38 | 9 | $304.25 |
| 83 | 9 | $304.25 |
| 84 | 9 | $304.25 |
| 185 | 9 | $304.25 |
| 199 | 9 | $304.25 |
| 209 | 9 | $304.25 |
| 215 | 9 | $304.25 |
| 443 | 9 | $304.25 |
| 458 | 9 | $304.25 |
| 512 | 9 | $304.25 |
| 580 | 9 | $304.25 |
| 601 | 9 | $304.25 |
| 615 | 9 | $304.25 |
| 657 | 9 | $304.25 |
| 830 | 9 | $304.25 |
| 43 | 10 | $338.06 |
| 254 | 10 | $338.06 |
| 278 | 10 | $338.06 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 281 | 10 | $338.06 |
| 375 | 10 | $338.06 |
| 410 | 10 | $338.06 |
| 508 | 10 | $338.06 |
| 619 | 10 | $338.06 |
| 644 | 10 | $338.06 |
| 884 | 10 | $338.06 |
| 110 | 11 | $371.86 |
| 256 | 11 | $371.86 |
| 264 | 11 | $371.86 |
| 306 | 11 | $371.86 |
| 582 | 11 | $371.86 |
| 600 | 11 | $371.86 |
| 760 | 11 | $371.86 |
| 870 | 11 | $371.86 |
| 918 | 11 | $371.86 |
| 934 | 11 | $371.86 |
| 271 | 12 | $405.67 |
| 360 | 12 | $405.67 |
| 497 | 12 | $405.67 |
| 544 | 12 | $405.67 |
| 606 | 12 | $405.67 |
| 648 | 12 | $405.67 |
| 706 | 12 | $405.67 |
| 1084 | 12 | $405.67 |
| 28 | 13 | $439.48 |
| 190 | 13 | $439.48 |
| 192 | 13 | $439.48 |
| 235 | 13 | $439.48 |
| 355 | 13 | $439.48 |
| 371 | 13 | $439.48 |
| 424 | 13 | $439.48 |
| 491 | 13 | $439.48 |
| 655 | 13 | $439.48 |
| 683 | 13 | $439.48 |
| 759 | 13 | $439.48 |
| 867 | 13 | $439.48 |
| 53 | 14 | $473.28 |
| 241 | 14 | $473.28 |
| 1015 | 14 | $473.28 |
| 1035 | 14 | $473.28 |
| 1041 | 14 | $473.28 |
| 1068 | 14 | $473.28 |
| 293 | 15 | $507.09 |
| 477 | 15 | $507.09 |
| 602 | 15 | $507.09 |
| 732 | 15 | $507.09 |
| 744 | 15 | $507.09 |
| 776 | 15 | $507.09 |
| 1050 | 15 | $507.09 |
| 1074 | 15 | $507.09 |
| 1 | 16 | $540.89 |
| 14 | 16 | $540.89 |
| 191 | 16 | $540.89 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 730 | 16 | $540.90 |
| 746 | 16 | $540.89 |
| 1001 | 16 | $540.89 |
| 66 | 17 | $574.70 |
| 901 | 17 | $574.70 |
| 890 | 18 | $608.51 |
| 4 | 19 | $642.31 |
| 912 | 19 | $642.31 |
| 951 | 19 | $642.31 |
| 968 | 19 | $642.31 |
| 972 | 19 | $642.31 |
| 986 | 19 | $642.31 |
| 990 | 19 | $642.31 |
| 1025 | 19 | $642.31 |
| 1059 | 19 | $642.31 |
| 1038 | 20 | $676.12 |
| 902 | 21 | $709.92 |
| 924 | 21 | $709.92 |
| 952 | 21 | $709.92 |
| 966 | 21 | $709.92 |
| 979 | 21 | $709.92 |
| 537 | 22 | $743.73 |
| 910 | 22 | $743.73 |
| 956 | 22 | $743.73 |
| 970 | 22 | $743.73 |
| 975 | 22 | $743.73 |
| 995 | 22 | $743.73 |
| 15 | 23 | $777.53 |
| 927 | 23 | $777.53 |
| 932 | 23 | $777.53 |
| 963 | 23 | $777.53 |
| 1009 | 23 | $777.53 |
| 1044 | 23 | $777.53 |
| 33 | 24 | $811.34 |
| 944 | 24 | $811.34 |
| 1037 | 24 | $811.34 |
| 12 | 25 | $845.15 |
| 876 | 25 | $845.15 |
| 1012 | 25 | $845.15 |
| 1018 | 25 | $845.15 |
| 1028 | 25 | $845.15 |
| 1069 | 25 | $845.15 |
| 19 | 26 | $878.95 |
| 34 | 26 | $878.95 |
| 942 | 26 | $878.95 |
| 1067 | 26 | $878.95 |
| 1091 | 26 | $878.95 |
| 52 | 27 | $912.76 |
| 72 | 27 | $912.76 |
| 964 | 27 | $912.76 |
| 1049 | 27 | $912.76 |
| 60 | 28 | $946.56 |
| 873 | 28 | $946.56 |
| 1030 | 28 | $946.56 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 49 | 29 | $980.37 |
| 947 | 29 | $980.37 |
| 965 | 29 | $980.37 |
| 967 | 29 | $980.37 |
| 1066 | 29 | $980.37 |
| 36 | 31 | $1,047.98 |
| 39 | 31 | $1,047.98 |
| 982 | 31 | $1,047.98 |
| 1000 | 32 | $1,081.79 |
| 73 | 33 | $1,115.59 |
| 925 | 33 | $1,115.59 |
| 46 | 34 | $1,149.40 |
| 1081 | 34 | $1,149.40 |
| 22 | 35 | $1,183.20 |
| 23 | 35 | $1,183.20 |
| 888 | 35 | $1,183.20 |
| 977 | 35 | $1,183.20 |
| 1005 | 35 | $1,183.20 |
| 65 | 36 | $1,217.01 |
| 68 | 36 | $1,217.01 |
| 878 | 36 | $1,217.01 |
| 1024 | 36 | $1,217.01 |
| 58 | 37 | $1,250.82 |
| 945 | 37 | $1,250.82 |
| 1053 | 37 | $1,250.82 |
| 32 | 38 | $1,284.62 |
| 895 | 39 | $1,318.43 |
| 916 | 39 | $1,318.43 |
| 933 | 39 | $1,318.43 |
| 1014 | 39 | $1,318.43 |
| 1079 | 39 | $1,318.43 |
| 2 | 40 | $1,352.23 |
| 57 | 40 | $1,352.23 |
| 937 | 40 | $1,352.23 |
| 971 | 40 | $1,352.23 |
| 1051 | 40 | $1,352.23 |
| 48 | 41 | $1,386.04 |
| 1023 | 41 | $1,386.04 |
| 56 | 42 | $1,419.85 |
| 37 | 44 | $1,487.46 |
| 30 | 45 | $1,521.26 |
| 45 | 45 | $1,521.26 |
| 994 | 45 | $1,521.26 |
| 1055 | 47 | $1,588.88 |
| 63 | 48 | $1,622.68 |
| 1011 | 48 | $1,622.68 |
| 1031 | 48 | $1,622.68 |
| 1052 | 48 | $1,622.68 |
| 61 | 49 | $1,656.49 |
| 936 | 49 | $1,656.49 |
| 55 | 51 | $1,724.10 |
| 897 | 52 | $1,757.90 |
| 999 | 52 | $1,757.90 |
| 13 | 53 | $1,791.71 |

| Client ID | Weeks | Allocation |
|---:|---:|---:|
| 996 | 53 | $1,791.71 |
| 938 | 54 | $1,825.52 |
| 47 | 55 | $1,859.32 |
| 885 | 55 | $1,859.32 |
| 991 | 55 | $1,859.32 |
| 1056 | 55 | $1,859.32 |
| 24 | 57 | $1,926.93 |
| 1002 | 57 | $1,926.93 |
| 1071 | 57 | $1,926.93 |
| 59 | 58 | $1,960.74 |
| 915 | 58 | $1,960.74 |
| 1082 | 59 | $1,994.55 |
| 3 | 60 | $2,028.35 |
| 1047 | 62 | $2,095.96 |
| 941 | 68 | $2,298.80 |
| 943 | 68 | $2,298.80 |
| 17 | 70 | $2,366.41 |
| 51 | 70 | $2,366.41 |
| 872 | 70 | $2,366.41 |
| 974 | 72 | $2,434.02 |
| 11 | 74 | $2,501.63 |
| 1073 | 76 | $2,569.24 |
| 35 | 79 | $2,670.66 |
| 1078 | 83 | $2,805.89 |
| 29 | 84 | $2,839.69 |
| 1087 | 91 | $3,076.33 |
| 27 | 94 | $3,177.75 |
| 1020 | 96 | $3,245.36 |
| 25 | 102 | $3,448.20 |
| 67 | 103 | $3,482.00 |
| 1083 | 103 | $3,482.00 |
| 71 | 111 | $3,752.45 |
| 1090 | 133 | $4,496.18 |
| 978 | 145 | $4,901.85 |
| 988 | 151 | $5,104.68 |
|  |  | $258,750.11 |